IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **96-cr-444-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**ARNIE PORTER,**

        Defendant.

## ORDER

Kane, J.

        The Unopposed 18 U.S.C. § 3582 (c)(2) Motion to Reduce Sentence (doc. #312), is **GRANTED**. Accordingly, Defendant Arnie Porter's sentence is reduced to 292 months.

        Dated this 13th day of December, 2011.

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court