IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00444-JLK
Civil Action No. 12-cv-00092-JLK

UNITED STATES OF AMERICA,

v.

1. ARNIE PORTER,

    Movant.

___

**JUDGMENT**
___

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable John L. Kane (ECF No. 317), the following Judgment is hereby entered:

1. The Motion to Vacate Under 28 U.S.C. § 2255, (Doc. # 315), filed on January 13, 2012, is DENIED, and the action dismissed for lack of jurisdiction.

2. That no certificate of appealability will issue because Movant has not made a substantial showing of the denial of a constitutional right.

3. That leave to proceed in forma pauperis on appeal is DENIED.

4. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this ___8th___ day of March, 2012.

                        FOR THE COURT:

                        GREGORY C. LANGHAM, CLERK

                        By: __s/ Edward P. Butler__
                            Edward P. Butler, Deputy Clerk